■ In the Matter of JOHN F. PAPSIDERO, for Reinstatement as an Attorney.—Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ. (Order entered Sept. 11, 1991.)

■ In the Matter of the Application of JOSEPH F. MUTO.— Motion granted and petitioner reinstated as attorney and counselor at law. Present—Callahan, A. P. J., Doerr, Denman, Boomer and Green, JJ.

■ MICHAEL S. POLANSKI, Appellant, v GRAHAM W. BRUSH et al., Respondents.—Motion for reargument and to vacate dismissal of appeal denied as untimely (see, 22 NYCRR 1000.3 [b] [2] [i]). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ. (Order entered Sept. 25, 1991.)

■ SHARON TIERNEY et al., Appellants, v OB-GYN ASSOCI-ATES OF ITHACA et al., Respondents.—Motion insofar as it requests permission to amend the notice of appeal denied with leave to resubmit to the Third Department and the matter is hereby transferred to that Court (see, CPLR 5711; Rubin & Sons v Clay Equip., 4th Dept, June 7, 1991). Present—Callahan, A. P. J., Doerr, Boomer, Green and Pine, JJ. (Order entered Sept. 25, 1991.)

■ In the Matter of LARRY R. WILSON et al., Constituting the Allegany County Board of Elections, Appellants, v ALLE-GANY COUNTY et al., Respondents.—Motion to vacate auto-matic stay denied as unnecessary; cross motion to vacate dismissal granted on condition that appeal is perfected on or before October 28, 1991. Memorandum: The motion to vacate the automatic stay is unnecessary because the stay was termi-nated when the appeal was deemed abandoned and dismissed. Our vacating of the abandonment and dismissal does not reinstate the automatic stay. If appellants desire a stay, they should move therefor. Present—Callahan, A. P. J., Doerr, Denman, Boomer and Green, JJ. (Order entered Sept. 26, 1991.)